# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-0539 |
| KENT P. WATTS, MICHAEL E. WATTS, AND KIRBY CALDWELL, | § § § § | |
| Defendants. | § | |

## ORDER ADMINISTRATIVELY CLOSING CASE

This case is stayed and administratively closed until the resolution of the related criminal case pending in the United States District Court, Eastern District of New York, subject to the requirement that counsel must inform the court in writing of the status of the criminal case every six months, beginning on March 2, 2017. Counsel must move to reinstate this case to the active docket and submit the appropriate proposed order within 14 days after the related criminal case is resolved.

SIGNED on October 2, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge